**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Maria Molina | ) | Case no. 16-08674 |
| Hector Molina | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Judge:  A. Benjamin Goldgar |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| Maria Molina<br>Hector Molina<br>909 Low Ave<br>Waukegan, IL  60085 | David M Siegel<br>790 Chaddick Dr<br>Wheeling,IL 60090 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

Please take notice that on Friday, September 20, 2019 at 10:00 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar at the Park City Branch Court, 301 Greenleaf Ave, Rm B, Park City, IL 60085 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors and creditor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, July 31, 2019.

/s/ Scott Burknap

For:  Glenn Stearns, Trustee

---

**OBJECTION TO CLAIM # 3**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests an order reducing the amount of claim # 3, and in support thereof, states the following:

1. On March 14, 2016 the Debtors filed a petition under Chapter 13.
2. A claim was filed for the debt owed to PORTFOLIO RECOVERY ASSOC on  March 25, 2016 (# 3 on PACER) in the amount of $21,264.79.
3. PORTFOLIO RECOVERY ASSOC notified the Trustee on 5/6/2019 to cease disbursements on this claim.

WHEREFORE, the Trustee prays that said claim of PORTFOLIO RECOVERY ASSOC be reduced to the amount paid to date, be reduced further if additional funds are returned by PORTFOLIO RECOVERY ASSOC, and for such other relief as this court deems proper.

Respectfully Submitted;

/s/  Glenn Stearns

For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888